27,392-18

Clerk Able Acosta
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx 78711                                          6/25/15

RE: Trial Court No. 13-CR-3055-H
    347th District of Nueces County Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Style: Ex parte Joe Adam Ramirez

Dear, Clerk,

   Enclosed find one copy of Applicants Writ of Mandamus and file it with
the court.                                        Abel Acosta, Clerk

   Respectfully,

   Joe Adam Ramirez #636417
   Daniel Unit
   938 S.FM. 1673
   Snyder, Tx 79549

Trial Court No. 13-CR-3055-H

IN THE COURT OF CRIMINAL APPEALS

THROUGH

THE 347th DISTRICT COURT OF NUECES COUNTY TEXAS

---

EX PARTE JOE ADAM RAMIREZ

---

WRIT OF MANDAMUS

---

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM. 1673
Snyder, Tx 79549


pro Se Litigant

## FACTS

1). Applicant Ramirez filed a second/sucessive writ with the Nueces County District Clerks office on or about the 14th day of May 2015.

2). this writ was filed after he received notice of a new court decision.

3). he attached exhibits which support his claims and requested an Evidentuary hearing to allow him a chance to gather the facts he need's to support his claim.

4). up to date he has heard nothing from the District Attorneys office, the Trial Court, nor the District Clerks offices.

## STATE RESPONCE

After the writ was filed the State has 15 days to respond. Up to date the State has refused to respond to the Writ.

## TRIAL COURT

After the States 15 days to respond expires, the trial court has 20 days to make a recomendation. Up to date the trial court has failed to do so.

## DISTRICT CLERK

Upon the experation of the allowed 35 days, it is the clerks Duty to foward the record to the court of criminal Appeals.

The order of process is in violation.

## COURT OF CRIMINAL APPEALS

Ramirez, request that this court envoke it's authority and direct the Nueces County District Clerks Office to foward the record to this Honorable Court.

Date: 6-24-15

Respectfully,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

1.